PER CURIAM.
Affirmed. Continuum Condominium Ass’n., Inc. v. Continuum VI, Inc., 549 So.2d 1125, 1127 (Fla. 3d DCA 1989); Brooks v. Herndon Ambulance Serv., 510 So.2d 1220 (Fla. 5th DCA 1987); Snook v. Firestone Tire & Rubber Co., 485 So.2d 496 (Fla. 5th DCA 1986); Dover Corp. v. Dean, 473 So.2d 710 (Fla. 4th DCA), rev. denied, 475 So.2d 693 (Fla.1985); Schofield v. Carnival Cruise Lines, Inc., 461 So.2d 152 (Fla. 3d DCA 1984), rev. denied, 472 So.2d 1182 (Fla.1985); Aristek Communities, Inc. v. Fuller, 453 So.2d 547 (Fla. 4th DCA 1984); Gaidymowicz v. Winn-Dixie Stores, Inc., 371 So.2d 212, 214 (Fla. 3d DCA 1979); Atlantic Coast Line R.R. Co. v. Ganey, 125 So.2d 576, 578 (Fla. 3d DCA 1960).